THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel: (415) 315- 6300
Fax: (415) 315-6350

HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7606
Fax: (617) 235-0215

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES M. CAMPO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,<br><br>Defendants. | Case No. 3:11-cv-02337-EDL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Elizabeth D. Laporte |

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") (f/k/a Sony Computer Entertainment America, Inc.) and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been

1  named as defendants in at least twenty-five (25) putative class action lawsuits within this District,
2  to date;
3        WHEREAS, certain of the Sony Defendants have also been named as defendants in at
4  least nineteen (19) putative class action lawsuits pending outside this District, to date;
5        WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
6  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
7  to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
8  2011.
9        WHEREAS, the current deadline for SCEA and SNEI to respond to the Complaint is July
10 15, 2011;
11       WHEREAS, the parties have agreed to the extension of time herein for the defendants in
12 the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
13 facilitate the scheduling of this matter in coordination with the schedule for the motion before the
14 JPML;
15       NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
16 by and through their respective counsel, hereby stipulate as follows:
17       The deadline for the defendants to respond to the Complaint in the above-captioned action
18 is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
19 litigation centralizing the above-captioned action with other matters, or if centralization is denied
20 by the JPML, then 30 days from the date of such order denying centralization.
21 ///
22
23
24
25
26
27
28

-2-    STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02237-EDL

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 31, 2011

JENNIE LEE ANDERSON
ANDRUS ANDERSON LLP
JONATHAN M. STEIN

By: /s/ Jennie Lee Anderson /s/ [as authorized]
Jennie Lee Anderson
Attorneys for Plaintiff
JAMES M. CAMPO

Dated: May 31, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By: /s/ Rocky C. Tsai /s/
Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/2/2011

By: _____
Judge Elizabeth D. Laporte

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

-2- STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02237-EDL